ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Fax: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:24-CR-00096-MAG |
|---|---|
| Plaintiff, | ) STIPULATED PRETRIAL RELEASE CONDITION AND [PROPOSED] ORDER |
| v. | ) |
| MARCUS B. FREEMAN, | ) |
| Defendant. | ) |

During a hearing in this Court on March 26, 2024, defendant Marcus Freeman made an initial appearance and was arraigned on the Information in this case. Based on proffers made by counsel for the United States during that hearing, the parties stipulate to the following pretrial release condition:

The defendant must not contact, harass, threaten, intimidate, injure, tamper with, or retaliate against any witness or victim, or obstruct any criminal investigation.

The undersigned Assistant United States Attorney certifies that he has obtained approval from defense counsel to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 26, 2024               */s/ Michael G. Lagrama*
                                                MICHAEL G. LAGRAMA
                                                Assistant United States Attorney

DATED: March 26, 2024

*/s/ Tamara Crepet*
TAMARA CREPET
Assistant Federal Public Defender
Counsel for Defendant Marcus Freeman

**[PROPOSED] ORDER**

Based on representations made by counsel for the United States during the hearing on March 26, 2024, and the parties' stipulation, the Court hereby adopts the pretrial release condition as specified and stipulated to by the parties.

IT IS SO ORDERED.

DATED: _____

_____
HON. LAUREL BEELER
United States Magistrate Judge

Stip. Pretrial Release Condition; [Proposed] Order
Case No. 3:24-cr-00096-MAG