CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:24-CR-00096 LB |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' SENTENCING** |
| | ) | **MEMORANDUM** |
| v. | ) | |
| | ) | Hearing Date: December 4, 2025 |
| MARCUS B. FREEMAN, | ) | Hearing Time: 10:30 a.m. |
| | ) | Courtroom: Courtroom B, 15th Floor |
| Defendant. | ) | Judge: Hon. Laurel Beeler |
| | ) | |

This case is set for a change of plea and sentencing hearing on Thursday, December 4, 2025. Because defendant Marcus Freeman is charged with a Class B misdemeanor— Failure to Report a Motor Vehicle Accident in violation of 36 C.F.R. § 4.4(a)—the United States Sentencing Guidelines do not apply to the case.

In accordance with the parties' plea agreement, the United States respectfully recommends that Mr. Freeman be sentenced to one year of probation and be ordered to pay a mandatory special assessment fee of $10.00 to the Clerk of the Court on the same day as sentencing.

Regarding the circumstances of the offense, Mr. Freeman got into an accident with a bicyclist at the entrance to Crissy Field East Beach on April 30, 2022. Not only did Mr. Freeman flee the scene after speaking briefly with the bicyclist, but Mr. Freeman also later reported to police that he was not

driving the vehicle involved in the accident and that the vehicle had been stolen at the time.  This is a serious offense because the bicyclist suffered physical injuries and property damages, and Mr. Freeman later made a false police report.

Nevertheless, there are mitigating factors in Mr. Freeman's case.  Shortly after the incident in 2022, Mr. Freeman voluntarily went to the U.S. Park Police station and admitted that he was involved in the accident and expressed sincere remorse for his actions.  By admitting fault and entering into the plea agreement, Mr. Freeman has accepted full responsibility for his actions.  Moreover, Mr. Freeman has a relatively limited criminal record.  He incurred several arrests and one criminal conviction *before* the 2022 incident.  Specifically, in 2008, Mr. Freeman was convicted of transportation of a controlled substance and sentenced to 3 days in jail and 5 years on probation.  Thus, Mr. Freeman only has one, nonviolent criminal conviction.  Further, since the 2022 incident, the government is unaware of any further arrests of or offenses by Mr. Freeman.  Indeed, since his initial appearance in this case, Mr. Freeman has fully complied with all his pretrial release conditions.  Thus, Mr. Freeman has demonstrated respect for the law and an ability to abide by this Court's orders.

Accordingly, based on the particular facts, the United States respectfully recommends that Mr. Freeman be sentenced to one year of probation and be subject to any standard probation conditions that the Court deems warranted. This sentence is sufficient, but not greater than necessary, to reflect the seriousness of the offense and to adequately promote deterrence. 18 U.S.C. § 3553(a)(2)(A), (B).

DATED: November 25, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Michael G. Lagrama*
MICHAEL G. LAGRAMA
Assistant United States Attorney