CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7241
   Fax: (415) 436-7234
   Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-CR-00096-LB |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE FORM 12 STATUS HEARING; [PROPOSED] ORDER |
| v. | |
| MARCUS B. FREEMAN, | |
| Defendant. | |

Counsel for the United States and counsel for defendant Marcus B. Freeman respectfully request that the Form 12 status hearing set for April 23, 2025, be continued to June 25, 2026.

In a Form 12 Petition, dated May 11, 2026, Mr. Freeman is charged with violating state law in violation of his probation conditions. However, Mr. Freeman's state court proceedings are still pending. Because the outcome of that state court proceeding will likely have an impact on the resolution of the Form 12 Petition, the parties respectfully request that the Form 12 status hearing be continued to June 25, 2026, at 10:30 a.m., or as soon as practicable thereafter.

/ / /

/ / /

/ / /

STIPULATED REQUEST TO CONTINUE CHANGE FORM 12 STATUS HEARING; [PROPOSED] ORDER
CASE NO. 3:24-CR-00096-MAG

The undersigned Assistant United States Attorney certifies that he has obtained approval from defense counsel for Mr. Freeman to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:        April 20, 2026                          /s/ Michael G. Lagrama
                                                      MICHAEL G. LAGRAMA
                                                      Assistant United States Attorney


DATED:        April 20, 2026                          /s/ Karthik Raju
                                                      KARTHIK RAJU
                                                      Assistant Federal Public Defender
                                                      Counsel for Defendant Marcus B. Freeman

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, the Form 12 status hearing set for April 23, 2026, is hereby continued until June 23, 2026, at 10:30 a.m.

IT IS SO ORDERED.


DATED: _____            _____
                                         HON. LAUREL BEELER
                                         United States Magistrate Judge

STIPULATED REQUEST TO CONTINUE CHANGE FORM 12 STATUS HEARING; [PROPOSED] ORDER
CASE NO. 3:24-CR-00096-MAG