CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7241
      Fax: (415) 436-7234
      Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-CR-00096-LB |
|     Plaintiff, | STIPULATED REQUEST TO CONTINUE FORM 12 STATUS HEARING; [~~PROPOSED~~] ORDER |
|   v. | |
| MARCUS B. FREEMAN, | |
|     Defendant. | |

Counsel for the United States and counsel for defendant Marcus B. Freeman respectfully request that the Form 12 status hearing set for April 23, 2025, be continued to June 25, 2026.

In a Form 12 Petition, dated May 11, 2026, Mr. Freeman is charged with violating state law in violation of his probation conditions. However, Mr. Freeman's state court proceedings are still pending. Because the outcome of that state court proceeding will likely have an impact on the resolution of the Form 12 Petition, the parties respectfully request that the Form 12 status hearing be continued to June 25, 2026, at 10:30 a.m., or as soon as practicable thereafter.

/ / /

/ / /

/ / /

STIPULATED REQUEST TO CONTINUE CHANGE FORM 12 STATUS HEARING; [PROPOSED] ORDER
CASE NO. 3:24-CR-00096-MAG

The undersigned Assistant United States Attorney certifies that he has obtained approval from defense counsel for Mr. Freeman to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:        April 20, 2026              */s/ Michael G. Lagrama*
                                          MICHAEL G. LAGRAMA
                                          Assistant United States Attorney


DATED:        April 20, 2026              */s/ Karthik Raju*
                                          KARTHIK RAJU
                                          Assistant Federal Public Defender
                                          Counsel for Defendant Marcus B. Freeman

### [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties, the Form 12 status hearing set for April 23, 2026, is hereby continued until June 23, 2026, at 10:30 a.m.

IT IS SO ORDERED.


DATED:  April 20, 2026          

                                          HON. LAUREL BEELER
                                          United States Magistrate Judge

STIPULATED REQUEST TO CONTINUE CHANGE FORM 12 STATUS HEARING; [PROPOSED] ORDER
CASE NO. 3:24-CR-00096-MAG